PS 8

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Hunter, Van**                                                Docket No. 09CR00713-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Michele Roman** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Van Hunter**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arleo** sitting in the Court at Newark, on January 20, 2009 on $150,000 unsecured appearance bond co-signed his sisters Kayla Hunter and Diane Hunter with the following conditions: 1. Pretrial Services supervision; 2. The defendant's sister, Kayla Hunter, to serve as Third Party Custodian; 3. Travel restricted to New Jersey; 4. Drug testing and treatment as deemed appropriate by Pretrial Services; 5. Seek and maintain gainful employment, as directed by Pretrial Services; 6. Maintain residence at 127-129 Hedden Terrace, Newark, New Jersey, unless approved by Pretrial Services; 7. Do not apply for a passport and/or any travel documents and 8. The defendant will be placed on electronic monitoring, and will remain at his/her residence at all times except for the following reasons: attorney visits; court appearances; medical treatment; religious services; and stationary, verifiable employment. The defendant shall pay or part of the cost of electronic monitoring, based upon their ability to pay as determined by the Court and the Pretrial Services Agency.

On April 20, 2009 the defendant moved to 100 Schley Street, 3rd Floor, Newark, New Jersey with prior approval from Pretrial Services and the government.

On September 22, 2009 the defendant pled guilty to Conspiracy to Distribute Heroin. Sentencing is scheduled for June 6, 2011 before Your Honor.

Respectfully presenting petition for action of Court and for cause as follows:
**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a Bail Violation Hearing.** — Set for 5/23/11 at 11:30

ORDER OF COURT

Considered and ordered this 12th day of May 2011 and ordered filed and made a part of the records in the above case.

_____
Honorable Dickinson R. Debevoise

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Michele R.

Hearing date set for 5/23/11 at 11:30

**Do Not File in CM-ECF**

Note: The following information is presented to the Court for consideration to modify conditions of release. It may contain confidential information that is protected by Title 18 USC 3153(c)(1). It should not be distributed to third parties or be placed into the electronic case filing system.

## ADDENDUM TO PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

While on supervision the defendant has had numerous unauthorized leaves from his residence. Pretrial Services has addressed this non compliance with the defendant, defense counsel, third party custodian and the Assistant United States Attorney Office. However, he continues to have numerous unauthorized leaves from his residence.

On November 22, 2010 Pretrial Services submitted an informational memo to Your Honor advising of the defendant's numerous unauthorized leaves while on supervision. Specifically, leaving his residence for approximately one hour on November 12, 2011. At that time the defendant expressed interest in finding employment.

Pretrial Services has made several attempts to assist the defendant in obtaining employment and he fails to follow through with any of the referrals. Specifically, Pretrial Services referred the defendant to the Work Force Development program on two separate occasions to assist in him getting his boiler's license and he failed to follow up with this.

On May 3, 2011 Pretrial Services conducted an unannounced home visit and asked the defendant to submit to a drug test. After briefly stalling he advised that he used marijuana on May 1, 2011. Pretrial Services attempted to contact the defendant on May 11, 2011 to report to the office for a drug test, but he failed to call Pretrial Services back.

The defendant has had prior positive drug tests for marijuana while on supervision. Pretrial Services referred the defendant for out patient drug treatment in June, 2010 in a response to his positive drug tests. He attended one session and then informed the counselor that he did not want to participate in treatment.

Counsel has been advised of these violations and the Government concurs with Pretrial Services recommendation for a Bail Violation Hearing.



# M E M O R A N D U M

### DISTRICT OF NEW JERSEY

**To:** Honorable Dickinson R. Debevoise
United States District Judge

**From:** Michele Roman
United States Pretrial Services Officer

**Re:** Petition for Action: Hunter, Van: 09CR0713-01

**Date:** May 11, 2011

Attached is a Petition for Action on Conditions of Pretrial Release recommending that Your Honor order the following:

A warrant shall be issued for the defendant's arrest due to violation of the conditions of pretrial release. In the interest of safety, this Petition for Action shall <u>be sealed</u> until such time as the warrant is executed and upon further order of the Court.

☐ The conditions of release shall be amended as indicated in the attached Petition for Action.

X A hearing shall be scheduled to address the violation of the conditions of pretrial release.

Thank you for Your Honor's attention to this matter.

Reviewed By:

*Jonathan Muller*
Jonathan Muller, Supervisory