UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :      Hon. Dickinson R. Debevoise

              v.                :      Crim. No. 09-713

VAN HUNTER                      :      O R D E R


     This matter having come before the Court on the petition of

the United States Pretrial Services Office (Melissa L. Jampol,

Assistant U.S. Attorney, appearing on behalf of the United

States), pursuant to the provisions of Title 18, United States

Code, Sections 3143 and 3148, for a hearing to revoke the current

pretrial release order regarding defendant VAN HUNTER (Bruce

Rosen, Esq., appearing for the defendant); and the Court having

conducted a hearing and having found that the defendant has

repeatedly committed numerous violations of his pre-trial release

conditions pending sentencing on this matter; and good cause

shown;

     IT IS on this __24^Th__ day of May, 2011,

     ORDERED that the prior Order Setting Conditions of Release

issued by Magistrate Judge Madeline Cox Arleo on January 20,

2009, is hereby modified; and it is

     IT IS FURTHER ORDERED that the defendant's pre-trial release

is hereby revoked effective May 31, 2011;

IT IS FURTHER ORDERED that the defendant shall report to the custody of the U.S. Marshals Office no later than Noon (12:00 p.m.) on May 31, 2011.

HONORABLE DICKISON R. DEBEVOISE
United States District Judge